UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA

Vs.                                                    CRIM 04-41    ERIE

JOY LYNN SEXTON


ORDER


AND NOW this ___day of July, 2005, in consideration of the foregoing Motion to
Continue Sentence, it is hereby ORDERED that the sentencing in the above captioned
matter is continued to the ____day of _____, 2005, at ____,__m. before the
undersigned.


_____
Maurice Cohill, Judge