```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA            )
                                    )
          v.                        )   Criminal No. 04-41 Erie
                                    )
JOY LYNN SEXTON                     )
```

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Joy Lynn Sexton, 24960, Year of Birth: 1969, African American, Female.

2. Detained by: Chester County Prison, 501 South Wawasct Road, West Chester, Pennsylvania 19382.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Section 371.

4. Detainee is presently confined in the Chester County Prison, West Chester, Pennsylvania, awaiting disposition of state charges.

5. The above case is set for sentencing at Erie, Pennsylvania on October 12, 2005, at 3:00 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Chester County Jail, West Chester, Pennsylvania has no objection to the granting of this petition.

```
                                    s/Christian A. Trabold
                                    CHRISTIAN A. TRABOLD
                                    Assistant U.S. Attorney
                                    PA ID No. 75013
```

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____            _____
DATE                              SENIOR UNITED STATES DISTRICT JUDGE

cc: United States Attorney