IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | CRIM 04-41 ERIE |
| vs. | ) | |
| JOY LYNN SEXTON (7) | ) ) ) ) | |

## NOTICE

The above entitled case is set for __SENTENCE__

on __December 7, 2005__ at __9:00 a.m.__ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date: November 16, 2005
Christian Trabold, AUSA
John H. Moore, Esq.

Copies to:

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh