MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.

JOY LYNN SEXTON (7)

*Defendant*

No. CRIM 04-41E

**HEARING ON** SENTENCE

Before Judge MAURICE B. COHILL, JR.

Christian Trabold, AUSA             John H. Moore, Esq.

*Appear for Plaintiff*               *Appear for Defendant*

Hearing begun   9:00   12-7-05       Hearing adjourned to ———

Hearing concluded C. A. V. 9:30 12-7-05    Stenographer Sondra Black

**WITNESSES:**

*For Plaintiff*                      *For Defendant*

Sentence Range: O.L. 8; Cat II; 18-24 mo.;
S.R. 2-3 yrs; fine $1,000 – $10,000;
Restitution $12,467.62

Judgment: 24 mo; 3 yrs. S.R. fine Waived;
Restitution $12,467.62; Special Condition