IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | )   Criminal Number 04-41E-7 |
| | ) |
| JOY SEXTON | ) |

The above named defendant satisfied the judgment of DECEMBER 07, 2005 by paying on OCTOBER 10, 2006 the full balance due on his/her court ordered:

     __X__ Assessment
     _____ Fine
     _____ Costs
     _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  11/6/06
Deputy Clerk                Date