

Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Joy Lynn Sexton**                                            **Docket No. 04-00041-007 Erie**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Joy Lynn Sexton, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Pittsburgh, Pennsylvania on the 7th day of December 2005, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $100 special assessment.
- Shall pay restitution in the amount of $12,467.60.
- Shall not possess a firearm or destructive device.
- Shall not illegally possess a controlled substance.
- Shall pay any remaining restitution through monthly installments of not less than 10 percent of gross monthly income.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without approval of the probation officer.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse and alcohol as directed by the probation officer.
- Shall consume no alcohol.

12-07-05:   Conspiracy to Defraud the United States; 24 months' imprisonment, 3 years' supervised release.
07-20-07:   Released to supervision; Currently supervised by U.S. Probation Officer Verne Howard, Jr.
11-05-07:   Special conditions amended; Ordered to participate in the U.S. Probation Office and the Bureau of Prisons' sanctions center for a period not to exceed 180 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the releasee has violated the following conditions of supervised release:

**The defendant shall not commit another federal, state, or local crime.**

Your Petitioner reports that on March 29, 2008, Ms. Sexton was arrested by the Pittsburgh Police Department and charged with Retail Theft (one count) and Possession of Drug Paraphernalia (one count).

U.S.A. vs. Joy Lynn Sexton
Docket No. 04-00041-007-Erie
Page 2

**PRAYING THAT THE COURT WILL ORDER** that a bench warrant be issued for the supervised releasee's arrest and that the warrant be lodged as a detainer at the Allegheny County Jail.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _____ day of _____, 2008, and ordered filed and made a part of the records in the above case. | Executed on   April 2, 2008 |
| | *[signature]* |
| | Verne Howard, Jr. |
| | U.S. Probation Officer |
| Maurice B. Cohill, Jr. | *[signature]* |
| Senior U.S. District Judge | Paul J. Dippolito |
| | Supervising U.S. Probation Officer |
| | Place:   Pittsburgh, Pennsylvania |