AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN _____ District of _____ PENNSYLVANIA

UNITED STATES OF AMERICA

V.

JOY LYNN SEXTON

## WARRANT FOR ARREST

Case Number:    CRM 04-41 ERIE

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    _____ JOY LYNN SEXTON _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    X Violation Notice    ☐ Probation Violation Petition

charging him or her with    (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _')

SEE ATTACHED

SUSAN D. PARMETER
Name of Issuing Officer

_____ Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

APRIL 7, 2008 _____    Erie, PA
Date and Location

APR 1 5 2008

Bail fixed at $  to be set by US Magistrate Judge _____    by _____
                                                                    Name of Judicial Officer

| RETURN | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant  detainer was lodged @ Alleghany County Jail for arrest warrant. | | | |
| DATE RECEIVED 4/7/2008 DATE OF ARREST 4/7/2008 | NAME AND TITLE OF ARRESTING OFFICER SHIRLEY A. MCLAUGHLIN OPERATIONS SUPPORT SPECIALIST | SIGNATURE OF ARRESTING OFFICER | |