AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

**JOY LYNN SEXTON**

**NOTICE**

CASE NUMBER: 1:04-cr-00041-7

TYPE OF CASE:

☐ CIVIL     X CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM NO. 8A, 8th Floor |
|---|---|
| United States District Court<br>7th & Grant Street<br>Pittsburgh, Pennsylvania  15219 | DATE AND TIME<br>**Tuesday, April 22, 2008, at 11:30 a.m.** |

TYPE OF PROCEEDING

**SUPERVISED RELEASE VIOLATION HEARING**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U. S. District Court<br>Courtroom 8A, 8th Floor<br>7th & Grant Street<br>Pittsburgh, PA   15219 | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MAURICE B. COHILL, JR
United States District Judge

April 17, 2008             s/Susan J. Shaffer
DATE                       Deputy Clerk