## RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | |
|---|---|---|
| vs | DATE OF COMPLAINT | |
| JOY LYNN SEXTON | CRIMINAL DOCKET NUMBER | CR. 04-41E |
| | DATE OF INDICTMENT | 9/15/2004 |
| | STATUTE: | SUPERVISED RELEASE VIOL. |

**DATE ARRESTED:** IN CUSTODY

### INITIAL APPEARANCE

| Before Magistrate | [ ] CAIAZZA | [X] HAY | Date: 4/16/2008 | C.D. # |
| | [ ] MITCHELL | [ ] BAXTER | Time: 2:65 PM - 3:00 PM | C.D. Index: 3:09 - 3:15 |
| | [ ] LENIHAN | [ ] PESTO | | |

**U.S. ATTORNEY** BRENDAN CONWAY    AFPD THOMAS LIVINGSTON

**1. RIGHTS EXPLAINED**

**2. SUPERVISED RELEASE VIOLATION:**
- [ ] Read  [X] Summarized  [ ] Reading waived
- [X] Defendant provided with a copy of the charges
- [ ] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**
- [✓] Read  [ ] Summarized  [ ] Reading waived

**4. COUNSEL**
- [✓] Defendant requested appointment  [ ] Defendant waived appointment
- [ ] Defendant represented by: _____
- [ ] Defendant expects to retain: _____
- [✓] Affidavit executed
- [ ] Not Qualified  [✓] Qualified  [ ] with possible requirement for partial or full payment
- [ ] Federal Public Defender appointed
- [ ] CJA Panel Attorney _____ appointed

**5. BAIL**
- Recommended Bond: J. COHILL ORDERED DEFENDANT DETAINED PENDING SUPERVISED RELEASE VIOLATION HEAR.
- Bond Set at: _____
- [ ] By Consent  [ ] Additional Conditions Imposed: _____
- [ ] By Magistrate
- [ ] Bond Posted
- [ ] Temporary Commitment issued  [ ] Final Commitment issued
- Bond Review Hearing Set For: _____
- Detention Hearing Set For: SUPERVISED RELEASE VIOLATION HEARING TO BE SET BY J. COHILL

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**
Preliminary Exam/Rule 40/Arraignment set for: _____ Before Magistrate _____

**ADDITIONAL COMMENTS:**