IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 04-41[Erie]
)
JOY LYNN SEXTON )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this __17th__ day of ____April____, _2008_, the Court being satisfied that the above-named defendant is financially unable to obtain counsel, and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1450 Liberty Center, 1001 Liberty Ave., Pittsburgh, Pennsylvania 15222, phone number (412) 644-6565, is hereby appointed to represent the defendant in all matters related to the alleged violation of his/her period of supervised release previously imposed at the above criminal number.

PRIMARY COUNSEL:   Thomas Livingston

PA Attorney ID # 36949

_____
Amy Reynolds Hay
United States Magistrate Judge