PROB 12B
(pawp 3/08)

# UNITED STATES DISTRICT COURT

for

**Western District Of Pennsylvania**

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:     Joy Lynn Sexton     Case Number: 0315 1:04CR00041-007

Name of Sentencing Judicial Officer: Maurice B. Cohill Jr. Senior United States District Judge

Date of Original Sentence:     12/7/2005

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 24 months' imprisonment, to be followed by 3 years' supervised release.

Type of Supervision: Supervised Release     Date Supervision Commenced: 7/20/2007

**PETITIONING THE COURT**

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.
[X] To modify the conditions of supervision as follows:

    The defendant shall participate in the Program for Offenders, Inc., until successful completion, to be determined by the U.S. Probation Office.

Prob 12B
(pawp 3/08)

## CAUSE

On March 14, 2008, the defendant was released from the Renewal Center to begin transition to the Hoover 3/4 House Program. The defendant never arrived at the Hoover House. On March 29, 2008, Ms. Sexton was arrested by the Pittsburgh Police Department and charged with Retail Theft (one count) and Possession of Drug Paraphernalia (one count). This case is still pending.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by *[signature]*
Verne Howard
United States Probation Officer
Date: April 18, 2008

*[signature]*
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

☐ No action.

☐ The extension of supervision as noted above.

☐ The modification of conditions as noted above.

☐ Other

---

Signature of Judicial Officer

---

Date