✥PROB 12B
(pawp 3/08)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: __Joy Lynn Sexton__    Case Number: __0315 1:04CR00041-007__

Name of Sentencing Judicial Officer: __Maurice B. Cohill Jr. Senior United States District Judge__

Date of Original Sentence: __12/7/2005__

Original Offense: __Conspiracy to Defraud the United States__

Original Sentence: __24 months' imprisonment, to be followed by 3 years' supervised release.__

Type of Supervision: __Supervised Release__    Date Supervision Commenced: __7/20/2007__

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

The defendant shall participate in the Program for Offenders, Inc., until successful completion, to be determined by the U.S. Probation Office.

Prob 12B
(pawp 3/08)

## CAUSE

On March 14, 2008, the defendant was released from the Renewal Center to begin transition to the Hoover 3/4 House Program. The defendant never arrived at the Hoover House. On March 29, 2008, Ms. Sexton was arrested by the Pittsburgh Police Department and charged with Retail Theft (one count) and Possession of Drug Paraphernalia (one count). This case is still pending.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by _____
Verne Howard
United States Probation Officer
Date:     April 18, 2008

_____
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

_____
Signature of Judicial Officer

4/22/08
Date