IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | CR. 04-41 Erie |
| ) | |
| JOY LYNN SEXTON ) | |

## ORDER

The Defendant entered a Waiver of Hearing to Modify Conditions of Probation/Supervised Release (Doc. 174) and she consented to a modification of the conditions of her supervision, to which both the government and defense counsel agreed. The Court therefore entered an ORDER on April 22, 2008, granting the request for modifying the conditions of Supervised Release (Doc. 175) such that Defendant Joy Lynn Sexton's Conditions of Supervision were modified to add the additional condition as follows:

> The defendant shall participate in the Program for Offenders, Inc., until successful completion, to be determined by the United States Probation Office.

In light of the above change to the terms of the Defendant's supervision the following Order is hereby entered.

AND NOW, this __9th__ day of May, 2008, it is hereby ORDERED, ADJUDGED, and DECREED that the detainer lodged against the Defendant as a result of her arrest on the Bench Warrant issued by the Court, is hereby dissolved.

                                                ___s/ Maurice B. Cohill, Jr.___
                                                Maurice B. Cohill, Jr.
                                                Senior United States District Judge

cc:   counsel of record
       U.S. Marshal
       Probation